## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 526 MAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum and** |
| v. | : | **Order** of the Superior Court at No. |
| | : | 1897 MDA 2014 entered on June 8, |
| | : | 2015, **affirming** the Order Dated of |
| CARLOS GENE MOOSE, JR., | : | the York County Court of Common |
| | : | Pleas at No. CP-67-CR-0000798- |
| Petitioner | : | 1988 entered on October 17, 2014 |

## ORDER

**PER CURIAM**                                          **DECIDED:  February 23, 2018**

**AND NOW**, this 23rd day of February, 2018, the Petition for Allowance of Appeal is **GRANTED**.  The order of the Superior Court is **VACATED**, and the matter is **REMANDED** to the Superior Court for consideration in light of *Commonwealth v. Muniz,* 164 A.3d 1189 (Pa. 2017).